# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Bernardo Lopez-Martinez,<br><br>            Defendant. | Case No. 23-cr-691-JO<br><br>[Proposed] **Judgment and Order Granting United States' Motion to Dismiss Indictment Without Prejudice**<br><br>The Honorable Jinsook Ohta |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

SO ORDERED.

Dated: 5/3/23

_____
The Honorable Jinsook Ohta
United States District Judge